■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO PANTALEON, Appellant. [18 NYS3d 535]—

Judgment, Supreme Court, Bronx County (Michael A. Gross, J.), rendered November 29, 2011, convicting defendant, after a nonjury trial, of criminal possession of a weapon in the fourth degree, and sentencing him to three years' probation, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson,* 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence supports the conclusion that defendant was a possessor of a pistol found in his immediate vicinity, at his work station in his long-term place of employment (*see e.g. People v Mojica,* 81 AD3d 506 [1st Dept 2011], *lv denied* 17 NY3d 808 [2011]).

None of defendant's challenges to the prosecutor's summation warrant reversal (*see People v Overlee,* 236 AD2d 133 [1st Dept 1997], *lv denied* 91 NY2d 976 [1998]; *People v D'Alessandro,* 184 AD2d 114, 118-119 [1st Dept 1992], *lv denied*

81 NY2d 884 [1993]), especially because this was a nonjury trial, where the trier of fact is presumably capable of disregarding improper arguments. Moreover, despite the purportedly unfair summation, the court acquitted defendant of the felony charges and only convicted him on one misdemeanor count. Concur—Tom, J.P., Friedman, Andrias, Gische and Kapnick, JJ.